UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GROUP 1 AUTOMOTIVE, INC as Assignee on
Behalf of Coupt 1 Automotive Wholly-Owned  et al

        Plaintiff(s),    Case No.  20-11249

v.    Honorable  Robert H. Cleland

MARUYASU INDISTRIES CO, LTD, et al.,    Magistrate Judge  R. Steven Whalen

        Defendant(s).
          /

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

  This case appears to be a companion case to Case No.  12-md-02311 .  Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable  Marianne O. Battani and Magistrate Judge  Mona K. Majzoub .

            s/Robert H. Cleland
            Robert H. Cleland
            United States District Judge

            s/Marianne O. Battani
            Marianne O. Battani
            United States District Judge

  Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
  Case type:  CIVIL

  If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: May 26, 2020        s/ S Schoenherr
               Deputy Clerk

cc:  Parties and/or counsel of record
   Honorable Marianne O. Battani